**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Steven SMITH, Petitioner.**

Supreme Court of Pennsylvania.

May 19, 2009.

## ORDER

PER CURIAM.

AND NOW, this 19th day of May, 2009, the Petition for Allowance of Appeal is **DENIED.**

Justice TODD did not participate in the consideration or decision of this matter.

**Alice M. KINCY, Petitioner**

v.

**Nancy PETRO, Respondent.**

Supreme Court of Pennsylvania.

May 19, 2009.

## ORDER

PER CURIAM.

AND NOW, this 19th day of May, 2009, the Petition for Allowance of Appeal is **GRANTED, LIMITED** to the following issue:

Whether under Pa.R.C.P. 213(a) a trial court order, which states that two separately docketed cases involving different plaintiffs and different theories of liability are "consolidated for all purposes," and does not otherwise specify that a joint trial of the cases is to be held, operates automatically to merge the pleadings filed in the separate cases?